Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID SOTO, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>LAW OFFICES OF FALONI & ASSOCIATES, LLC and JOHN DOES 1-25<br><br>Defendant(s). | Civil Case: 2:19-cv-16472-SDW-ESK<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the within matter is hereby dismissed against Defendant, in the above captioned matter, **with prejudice** and dismiss the claims on behalf of the putative class without prejudice.

*s/ Ben A. Kaplan*
Ben A. Kaplan, Esq.
CHULSKY KAPLAN LLC
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
ben@chulskykaplanlaw.com
Attorneys for Plaintiff
Dated: June 2, 2020

*s/ David A. Faloni, Jr.*
David A. Faloni, Jr., Esq.
LAW OFFICES OF FALONI & ASSOCIATES, LLC
165 Passaic Ave., Suite 301B
Fairfield, NJ 07004
Telephone (973) 226-0050
Dfaloni@falonilaw.com
Attorneys for Defendant
Dated: June 2, 2020

**SO ORDERED**.

*s/Susan D. Wigenton*
Hon. Susan D. Wigenton
United States District Judge
Dated: June 3, 2020